UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                Case Number 10-17142 GMB

Debtor: Nelson & Jacqueline Cavalier

| Check Number | Creditor | Amount |
|---|---|---|
| 1721994 | Saxon Mortgage Services | 1422.77 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   March 16, 2011